IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN MARTIN LOPEZ, § | | |
| TDCJ No. 01355379 § | | |
| Petitioner, § | | |
| § | | |
| v. § | CIVIL NO. A-20-CV-1027-LY | |
| § | | |
| BOBBY LUMPKIN, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This habeas corpus petition is brought by a Texas state prisoner Juan Martin Lopez, under 28 U.S.C. §§ 2241, 2254 (West 2020). By order of this Court, the Director has until November 5, 2020 to file a response. *See* Order Directing Resp't. to Answer Pet., ECF No. 2. Upon receipt of this case, the necessary records regarding this federal petition were ordered on October 12, 2020. Because the undersigned has not yet received copies of the state court records, additional time is required. To properly respond to the Court's Order, it is necessary for the Director to properly review the state court records.

This is the Director's first request for an extension of time in this case and it is not designed to harass the Petitioner, nor to unnecessarily delay these proceedings, but to ensure that this Court's Order is properly addressed. The Director apologizes to the Court for the necessity of this extension, however, it is due to circumstances beyond his control. Accordingly, the Director

respectfully requests that this Court permit an extension up to and including **Friday, December 4, 2020**, to file a response.

    For the foregoing reasons, the Director respectfully requests that this First Motion for Extension of Time be granted.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Patrick D. Todd
PATRICK D. TODD*
Assistant Attorney General
State Bar No. 24106513
Criminal Appeals Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

*Lead Counsel

## CERTIFICATE OF CONFERENCE

The Director has conferred with Lopez through his counsel of record and he does not oppose this extension.

/s/ Patrick D. Todd
PATRICK D. TODD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on November 5, 2020 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David K. Sergi
Sergi and Associates P.C.
329 South Guadalupe Street
San Marcos, Texas 78666
512-392-5010
Email: david@sergilaw.com

/s/ Patrick D. Todd
PATRICK D. TODD
Assistant Attorney General